1
2
3
4
5
6
7
8
9
10
11
12
13

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

14
15  JESSE HENNIGAN, an individual            ) Case No.: 2:08-CV-01477-LRH-RJJ
    DEBORAH A. SCOTT, an individual          )
                                             )
16          Plaintiffs,                      )
                                             )
17  CONSOLIDATED RELATY, INC., DOES, 1       )
    TO 20,                                   )
18                                           )
                                             )
19          Defendants.                      )
                                             )
20  _____    )

21

22  **STIPULATION TO EXTEND TIME FOR RESPONSE TO MOTION TO DISMISS, ETC.**
                                   **AND ORDER**
23

24
        Plaintiffs Jesse Hennigan and Deborah A. Scott, by and through their counsel, Malik W.
25
    Ahmad, Esq., and Defendant Consolidated Realty Inc. (hereafter "Consolidated"), by and
26
    through its attorneys Patrick H. Hicks, Esq., Rick D. Roskelley, Esq., Andrew L. Rempfer, Esq.,
27
28  of the law firm of LITTLER MENDELSON, hereby stipulate as follows: Plaintiffs' time to

[1]

respond to *DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' SECOND THROUGH SIXTH CLAIMS FOR RELIEF* (#6) shall be extend from November 21, 2008 to November 30, 2008.

**APPROVED AS TO FORM AND CONTENT:**

| | |
|---|---|
| BY_____(sd)/Malik W. Ahmad_____ <br> Malik W. Ahmad, Esq. <br> Nevada Bar No. 10305 <br> City Center West, Suite 108 <br> 7201 West Lake Mead Blvd. <br> Las Vegas, Nevada, 89128 <br> (702) 270-9100 (Phone) <br> (702) 384-5900 (Fax) <br> Malik11397@aol.com <br> Attorney for Plaintiffs <br> Jesse Hennigan <br> Deborah A. Scott | ___(sd) Patrick H. Hicks_____ <br> Patrick H. Hicks, Esq. <br> Nevada Bar 4632 <br> Rick D. Roskelley, Esq. <br> Nevada Bar No. 3192 <br> Andrew Rempfer, Esq. <br> Nevada Bar. No. 8628 <br> 3960 Howard Hughes Parkway <br> Suite 300 <br> Las Vegas, Nevada 89169-5937 <br> Telephone: (702) 862-8800 <br> Fax: (702) 862-8811 <br> Attorneys for Defendants <br> Consolidated Realty, Inc. |

<u>ORDER</u>

IT IS SO ORDERED nunc pro tunc.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED:  December 3, 2008.

[2]